No. 74–107. PREISER, COMMISSIONER OF CORRECTIONAL SERVICES OF NEW YORK, ET AL. *v.* NEWKIRK. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma*

*pauperis* and certiorari granted. In addition to question presented by the petition, parties are directed to brief and argue question of mootness.